IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBRAH HAGET,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendant. | 8:21CV440<br><br>**SHOW CAUSE ORDER** |

The records of the court show that on November 17, 2021, (Filing No. 4), a letter was sent to Attorney Ken Moll from the Office of the Clerk directing him to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.") and to register for admission to practice in this court as required by NEGenR 1.7(d) or (f). As of December 21, 2021, Attorney Ken Moll has not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED,

On or before January 11, 2022, Attorney Ken Moll must register for the System and register for admission to practice in this court or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 21st day of December, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge