IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBRAH HAGET,<br><br>    Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>    Defendant. | 8:21CV440<br><br>ORDER |

This matter is before the Court on defendant Boston Scientific Corporation's ("Boston Scientific") Partial Motion to Dismiss (Filing No. 16) pursuant to Federal Rules of Civil Procedure 8(a)(2) and 12(b)(6). Boston Scientific moves to dismiss plaintiff Debrah Haget's (Haget") claim for manufacturing defect (Count III) for failure to state a claim under Nebraska law.

In response to Boston Scientific's motion, Haget amended her pleading and removed her manufacturing-defect claim (Filing No. 23). Boston Scientific did not oppose Haget's amendments.

In light of the foregoing, Boston Scientific Corporation's Partial Motion to Dismiss (Filing No. 16) is denied without prejudice as moot.

IT IS SO ORDERED.

Dated this 25th day of February 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge